RECEIVED
IN LAKE CHARLES, LA

OCT 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DOUGLAS L. FONTENOT** | : | **DOCKET NO. 06-0454** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **GEORGE BOWEN, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## MEMORANDUM RULING AND JUDGMENT

Before the Court is a "Motion to Dismiss Pursuant to Rule 4(m)" (doc. # 3) filed by all defendants in this matter. Defendants seek dismissal of this suit pursuant to Federal Rule of Civil Procedure 4(m) because Plaintiff has failed to serve the named defendants. On September 6, 2006, Plaintiff sought an extension of time within which to effect service on these defendants. On September 8, 2006, this Court issued an order that required Plaintiff to show good cause for his failure to serve defendants in this matter. Plaintiff has failed to show cause for his failure to effect service. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that the motion to dismiss filed by defendants, George Bowen, individually and in his official capacity as police officer for the City of Jennings, Damon Daigle, individually and in his official capacity as police officer for the City of Jennings, Paula Guillory, individually and in her official capacity as police officer for the City of Jennings, and Merrion S. Taylor, individually and in his official capacity as Chief of Police for the City of Jennings, is hereby **GRANTED** dismissing this suit without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 11th day of October, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE